**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                                     : BR NO. 17-
LAURA WEISHEW                              :
    Debtor.                           : Chapter 13

## CHAPTER 13 PLAN

1. Plan is for 60 months. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of $300.00 monthly.

2. From the payments so received, the trustee shall make disbursements as follows:

    (a) Full payment of administrative claims pursuant to 11 U.S.C. Sec. 503(b):
    Balance of debtor's attorney's fees.

    (b) Full payment in deferred cash payments of all claims entitled to priority pursuant to 11 U.S.C. Sec. 507:
    1. Trustee's fee.

    (c) Holders of allowed secured claims shall retain the liens securing such claims and be paid as follows:
    1. PNC Bank– Mtg. arrearages to be paid through plan; regular monthly payments to be maintained outside of plan.
    .

    (d) Dividends to unsecured creditors whose claims are duly filed and allowed as follows:

    Pro rata distribution following payment of above claims.

3. Title to debtor's property shall revest upon confirmation of the plan.

Dated: _____                               /s/Timothy Zearfoss_____
                                                     Timothy Zearfoss, Esquire