**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                                    : BR NO. 17-11021
LAURA WEISHEW                             :
        Debtor.                           : Chapter 13

## AMENDED CHAPTER 13 PLAN

1. Plan is for 24 months. $1500.00 having been paid over the first 6 months, the future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of $110.00 monthly for the remaining 18 months of the amended plan.

2. From the payments so received, the trustee shall make disbursements as follows:

    (a) Full payment of administrative claims pursuant to 11 U.S.C. Sec. 503(b):
        Balance of debtor's attorney's fees. ($2300)

    (b) Full payment in deferred cash payments of all claims entitled to priority pursuant to 11 U.S.C. Sec. 507:
        1. Trustee's fee.

    (c) Holders of allowed secured claims shall retain the liens securing such claims and be paid as follows:
        1. Nationstar Mtg- Mortgage to be paid outside of plan pursuant to loan modification program.

    (d) Dividends to unsecured creditors whose claims are duly filed and allowed as follows:

        100% payment.

3. Title to debtor's property shall revest upon confirmation of the plan.

Dated: _____                              /s/Timothy Zearfoss_____
                                          Timothy Zearfoss, Esquire