**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                               : BR NO. 17-11021
LAURA WEISHEW                        :
    Debtor.                         : Chapter 13

**O R D E R**

AND NOW, this 17th day of November, 2017, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

**ORDERED** that compensation of **$3500.00** is ALLOWED and the Trustee shall distribute **$2,300.00** to counsel to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**