# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 17-11021-ELF

LAURA M. WEISHEW

208 CHESTNUT STREET

NEWTOWN SQUARE, PA 19073

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    LAURA M. WEISHEW

    208 CHESTNUT STREET

    NEWTOWN SQUARE, PA 19073

Counsel for debtor(s), by electronic notice only.

    TIMOTHY ZEARFOSS
    143-145 LONG LANE

    UPER DARBY, PA 19082

Date: 9/25/2018

                                             /S/ William C. Miller
                                             _____

                                           William C. Miller, Esquire
                                           Chapter 13 Standing Trustee