United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11021-elf
Laura M. Weishew                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: YvetteWD           Page 1 of 1           Date Rcvd: Nov 21, 2018
                               Form ID: pdf900          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db          +Laura M. Weishew,    208 Chestnut Street,    Newtown Square, PA 19073-3306
13866291    +PNC BANK,    PO BOX 856177,    LOUISVILLE, KY 40285-6177
13866292    +PORTFOLIO RECOVERY ASSOCS LLC,    C/O BLATT, HASSENMILLER, ET AL.,    STE 501, 1835 MARKET ST,
              PHILA, PA 19103-2933
13952828    +Rebecca A. SolarzEsquire,    KML Law Group, P.C.,    Atty for Nationstar Mortgage LLC,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13866293    +TIMOTHY ZEARFOSS, ESQ,    143-145 LONG LANE,    UPPER DARBY, PA 19082-3116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Nov 22 2018 02:41:35    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2018 02:40:59
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 22 2018 02:41:20     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2018 02:49:51     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13866288    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2018 02:49:55     AMERICA INFOSOURCE,
              PO BOX 248848,    OKLAHOMA CITY, OK 73124-8848
13866289    +E-mail/Text: bankruptcy@cavps.com Nov 22 2018 02:41:17    CAVALRY INVESTMENTS LLC,    STE 400,
              500 SUMMIT LANE DR,    VALHALLA, NY 10595-2321
13866290    +E-mail/Text: bankruptcygroup@peco-energy.com Nov 22 2018 02:40:42     PECO ENERGY,
              2301 MARKET ST,    PHILA, PA 19103-1380
13889549    +E-mail/Text: bankruptcygroup@peco-energy.com Nov 22 2018 02:40:42     PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13875511    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2018 02:49:53
              PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              KARINA   VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              TIMOTHY   ZEARFOSS    on behalf of Debtor Laura M. Weishew tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA M. WEISHEW | Chapter 13 |
| Debtor | Bankruptcy No. 17-11021-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 21, 2018**

Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TIMOTHY ZEARFOSS
143-145 LONG LANE

UPER DARBY, PA 19082


Debtor:
LAURA M. WEISHEW

208 CHESTNUT STREET

NEWTOWN SQUARE, PA 19073